United States District Court For
the Southern District of Illinois

Glen Torres

25-57-DWD

. Case No. #

Vs.

Lt. Wilson, Sgt. louie
Clo Hart, John Doe #1,
John Doe #2, John Doe #3

SCANNED at MENARD and E-mailed
1/15/25 by JA    17 pages
Date    initials    No.

"Complaint For Monetary
Damages"

Now Comes the Plaintiff Glen Torres pro'se with this Complaint For Monetary Damages pursuant to Title 42 U.S.C section 1983 And the Plaintiff states As Follows...

Jurisdiction

This is A Civil Action being brought under Title 42 of the United States Code section 1983. This Court has Full Authority to hear such claims pursuant to 28 U.S.C 1331 And 1343(A)(3)

### [3] Venue

The Southern District of Illinois is the proper Court(s) to File Such Civil suits pursuant to 28 U.S.C. 1391(B)(2) because it is where the violation's giving rise to this Complaint occurred.

### [4] Parties

A. Glen Torres is the Plaintiff of this Case. He Currently resides At the Menard Correctional Center P.o Box #1000 Menard Il, 62259

B. lieutenant Wilson is an employee At the Menard C.C. He is named As A Defendant to this Complaint and is being sued in his Individual Capacity

C. Sargeant louie is an employee At the Menard C.C. He is named As A Defendant to this Complaint and is being sued in his Individual Capacity

D. Hart is a Correctional officer employee At the Menard C.C. He is named As A Defendant to this Complaint and is being sued in his Individual Capacity

E. John Doe #1 is a Correctional employee At Menard C.C He is Named As A Defendant to this Complaint And is being sued in his Individual Capacity

F. John Doe #2 is a Correctional employee At Menard C.C He is Named As A Defendant to this Complaint And Is being sued in his Individual Capacity

G. John Doe #3 is A Correctional employee At Menard C.C He Is Named As A Defendant to this Complaint And Is being sued in his Individual Capacity

## Previous lawsuits

Plaintiff will now state his litigation history

1. Glen Torres Vs. Anthony Wills, et al  24 cv 1680

A Glen Torres was the Plaintiff in this Case

B Anthony Wills and Hanna Are the Defendants in this Matter

C. This Case was Filed In the Southern District of Illinois

D. This Case was Assigned to Judge S.P.M

E This Case was regarding A Civil rights lawsuit At Menard C.C

E. This Case is still pending As it was filed this year

2. Glen Torres Vs. Barkley et. Al 24 CV. 1456

A. Glen Torres was the Plaintiff in this Matter

B. Barkley, Frye, Nurse Craine, Nurse Jane Doe are Defendants to this Matter

C. This Case was filed In the Southern District of Illinois

D. This Case was Assigned to Judge: S.P.M

E. This Case was regarding A Civil rights lawsuit At Menard For excessive Force etc

F. This Case is still Pending As it was filed this year

3. Glen Torres Vs. McClanahan et. Al 24CV-01455-MAB

A. Glen Torres was the Plaintiff in this Matter

B. McClanahan, Nurse Craine Are Defendants to this Matter

C. This Case was filed In the Southern District of Illinois

D. This Case was Assigned to Judge: MAB

° This Case was regarding A Civil rights lawsuit At Menard C.C

° This Case is still Pending As it was filed this year

° "Exhaustion of Administative Remedies"

The Plaintiff Filed 3 Grievances regarding this issue on September 6, 2024; September 16, 2024; September 28, 2024

Each of these Grievances went to the Counselor For 1st stage response's because Explictly And Specifically they were Filed As Emergency Grievances And were Answered At the 1st level

These Grievances were sent to the Grievance Officer And the Grievance Officer And Warden Answered them All At the 2nd level

These Grievances were sent to the Administrative Review Board And the A.R.B Answered these Grievances to Complete the Exhaustion of Administrative Remedies At the 3rd And last stage.

# Statement Of Claim
## Count #1

On September 5, 2024 Plaintiff was feeling Sucidal and Asked Multiple Correctional Officers And A Few Tact team members that were doing cell checks For A Crisis team/Mental Health to be placed on Sucide Watch. Around 12:20pm I put up A Sheet to block the cell windows And placed legal work and Mattress Against door so I could get the Correctional Officers Attention As they had been ignoring Plaintiff While Plaintiff was having A Mental Breakdown because Plaintiff had not been "outside" or outta his cell For Around 15 months And the cell began to close in Around Plaintiff. A unknown Correctional Officer came to my cell door and told me to take down the "sheet" which Plaintiff Complied. Plaintiff Again told this officer Plaintiff was Sucidal And needed A Crisis team. The officer Asked what was on Plaintiff's "Door" Plaintiff Informed this officer it was his legal work And Mattress. This officer then Got on the walkie Talkie And Summoned the tact team. When the tact team came they Responded "is that Glen Torres". One of the tact team officers then put something in my Chuck hole to move my legal work And Mattress which was folded up but Not blocking or obstructing the view or windows in the cell. The officer John Doe #1 began to spray mace into the cell At least (10) ten times. Plaintiff was never told to do Anything or Given A chance to even Comply to unboard my Door where the Chuckhole was. Plaintiff was Not Acting violent or resistent to Any Commands Given. Plaintiff was Immediately cuffed behind his back without incident. Once the cell Door opened tact team John Doe #1 And Tact team C/o Hart slammed the Plaintiff on the bed And began to Punch the Plaintiff

in the Face, Nose and Neck for No reason. The other John Doe #2, John Doe #3, Lt Wilson And Sargeant louie Put Plaintiff in Ankle Cuffs and Lt Wilson said "Mace his Ass" C/o Hart maced me 2 more times. Next Plaintiff was drugged out the cell And Dropped on his Face And one of the officers punched Plaintiff in the Back of the Head. Lt. Wilson ordered Plaintiff to his Feet And Plaintiff Complied. As Plaintiff was being escorted down d gallery The tact team Hart began to bump Plaintiffs head onto the Rail At least 3 times. I was then taken to the Interview Room in the infirmary were there Are blind spots in the room. Plaintiff was Again cuffed to the stool And Maced 3 times. Then took to the Cage Area were I was told to strip down And Maced From Head to toe As John Doe #1, John Doe #2, John Doe #3, Lt. Wilson, Sargeant louie And Hart all began to laugh. I was Given A Jumpsuit to put on And cuffed to the Cage. Plaintiff WAS seen by medical were they only took Plaintiffs vitals And did Not OFFEr Plaintiff Any Medical Attention. The Lt Wilson told me if I tell Mental Health I wanted Watch, I would be beaten Again I stated to them, the Mental Health staff I was good because I feared for my life. I was Again Maced And punched In the body And face by John Doe #2 John Doe #3 And C/o Hart, I experience Pain In my face, Nose, Neck, body As well As Continued Migrains And swelling in My Head. This Assault was done Maliciously And without purpose Now Comes this suit for Damages.

## Count #2

Plaintiff is Bringing the Claim of Failure to Protect Against Lt. Wilson, Sargeant louie, C/o Hart, John Doe #1, John Doe #2 And John Doe #3. Each Defendant witnessed the other Defendant Assault the Plaintiff but refused to intecuene to stop the other As all Defendant's Participated In the Assault These Officer's Punched with Closed fists Plaintiff All About his body And face, Causing Swelling, bruising And bleeding. At no time Did Any of these officer's stop the other officer From Assaulting Plaintiff

## Count #3

Plaintiff was Placed back into the Cell 4-24 were the tact team Purposes Cut the Cell's working water off. And took the Mattress. Plaintiff was made to stay in this Condition where he had to eat his food Around Feces And Urine in the toilet. Plaintiff Also had to use the restroom in his sink And in trays For over a Month. Plaintiff Saw Hart ; Sargeant louie And John Doe #1 working the Segregation Gallery And Asked could he get his Mattress And the water back on! All these officers Continued to laugh And told me I wasn't getting Shit. Plaintiff Alerted the Administrati but there was nothing done About this All defendant's Are liable As I wasn't even Allowed Cleaning Supplies or A toilet flush

Plaintiff was also made to stay with mace on his body for over a month. As every officer stated Per Lt. Wilson Plaintiff was to suffer.

## Count # 4

Plaintiff Is Asking this Court to Award A State Battery Tort As the Plaintiff was Assaulted by these Officers for No reason And is Clearly Able to Bring Charges. Plaintiff would like A Battery Tort before he Seeks Criminal Charges for this Assault.

## Prayer For Relief

Plaintiff now incorporates the Following sections Against All Named Defendants As they are liable for Damages.

A. Plaintiff Incorporates section 1 through 84 Against Defendant Lieutenant Wilson As he is liable to the Plaintiff.

Plaintiff is Asking for $75,000 in Compensatory Damages And $250,000 in Punative Damages And Any other Damages this Court sees fit to Award.

B. Plaintiff Incorporates section 1 through 84 Against Defendant Sargeant louie As he is liable to the Plaintiff

Plaintiff is Asking for $75,000 In Compensatory Damages And Also $250,000 in Punative Damages And Any other Damages this Court's see's fit to Award

C. Plaintiff Incorporates section 1 through 84 Against Defendant Hart As he is liable to the Plaintiff

Plaintiff is Asking for $75,000 In Compensatory Damages And Also $250,000 in Punative Damages And Any other Damages this court sees Fit to Award

D. Plaintiff Incorporates section 1 through 84 Against Defendant John Doe #1 As he is liable to the Plaintiff

Plaintiff is Asking For $75,000 in Compensatory Damages And Also 250,000 in Punative Damages And Any other Damages this court sees fit to Award

E. Plaintiff In Corporates section 1 through 84 Against Defendant John Doe #2 As he is liable to the Plaintiff

Plaintiff is Asking For $75,000 in Compensatory Damages And Also 250,000 in Punative Damages And Any other Damages this Court sees Fit to Award

F. Plaintiff Incorporates section 1 through 84 Against Defendant John Doe #3 As he is liable to the Plaintiff

Plaintiff is Asking for $75,000 in Compensatory Damages And Also $250,000 in Punative Damages And Any other Damages this Court sees fit to Award

G. Plaintiff is Asking this Court to Award A Battery tort Against All the Defendants

H. Plaintiff is Asking For Damages From each Defendant As they All Are being Sued in their "Individual Capacity"

"Plaintiff is Respectfully Requesting A Jury Trial"

Declaration Pursuant to Federal Rule #11

I Declare Upon the Penalties of Perjury that this Complaint is True, Correct and made in Good Faith And In Compliance with the Federal Rules of Civil Procedure Rule #11

Respectfully Submitted
by
Glen Torres

Glen Torres
Menard C.C
P.o Box #1000
Menard Il, 62259



Declaration of
Travonte Lindsey

I, Travonte Lindsey, being fully competent to make this Declaration and I swear upon the penalties of perjury pursuant to 28 U.S.C § 1746 that the following is true and correct. I have been an individual in custody since 03-28-23 at the Menard C.C.

On Sept. 05th 2024 Tactteam took all of Torres property out of his cell and pulled it through all of the contaminated water that was on the Gallery because of a flood. They also cut his water and toilet off and still hasn't turned it back on yet. I have been giving him my milk and juices everyday to keep him hydrated. He has been asking every I/O on every shift to turn his water and toilet back on but they all Refused him. They cut multiple people's water and toilet off but turned everyone's back on but his. He even asked could they just turn his toilet on so he could flush all the urine and Feces because he been inhaling all them nasty and contaminated fumes and been lightheaded from the smell and headach he had to relieve hisself in either milk cartons or styrofoam trays and pass it out the cell slot to be trashed. Also he has been putting in Request Slips daily to see medical but they never called him he even give them to every nurse that do they Rounds and pass out meds but still no one has called him out to see him. I even dropped a few Request Slips for him because they might have been throwing his away if they see he. Trying to put in one but still no call. And last on 09-22-24 between 12:00pm-1:00pm I/O Miller finally brought him a Mattress because he been without one since tactteam took everything out his cell on 09-05-24. he asked and asked but was denied but I/O Miller brought him one and he told I/O Miller his toilet and water was still off but he did not turn it on.

Signed and Executed on
09-24-24

Signature

Declaration of
Travonte Lindsey

I, Travonte Lindsey, being fully competent to make this Declaration and I swear upon the penalties of perjury persaunt to 28 U.S.C §1746 that the following is true and correct. I have been an individual in custody Since 03-28-23 at the Menard C.C.

On Sept 05th 2024 I Travonte Lindsey was housed in N2 Segregation in Cell 423 and witnessed tacfteam %'s on 7-3 Shift Run inside Glen Torres cell which was located in N2 Segregation Cell 424. Before entering Torres's cell they Sprayed Mace inside his Cell 8-10 times without giving Any Direct orders to cuff up or uncover his Door. Once They got the Door open 10-15 %'s Ran in there and Sterting beating him. I couldn't see what they were Dury Due to Me being inside My cell but I could clearly hear Torres State Multiple times that he was not fighting back or Resisting. I heard a few %'s say "Fuck you, you punk Nigga you should of uncovered the Door" Another Stated "Mace him some More, he's a tough one" Another Steted "better hope we dont kill you when we take you Down to the infirmary" Torres was them Multiple times that he couldn't breath and to please Stop that he already handcuffed and on his Stomach laying on the ground So please Stop. They than pulled him out his cell by The handcuffs and Shackles pulling him through all that contaminated water that was on the Gallery because it was flooded on 4 Gallery. when Torres was at the cell he Repeated again that he could not breath and not to kill him. One of the %'s pushed his head Down into the contaminated toilet water and hit him in the back of the head a few times and told him to Shut up. They than picked him up and proceeded to take him off the Gallery as they was doing so one of the %'s Smacked his head on the bars and Torres Screamed Stop. 30-45 Minutes passed when they brought him back to the Cell. they put him inside and 2 %'s went inside with him while he was Still handcuffed. I heard them hitting him and one of them say "you ok Now?" Torres Said yes and he Said "Dont Do that Shit Now" and they locked him in the cell and left.

Signed and Executed on
5th Day of Sept. 2024

Signature



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
prisoner.esl@ilsd.uscourts.gov

### ELECTRONIC FILING COVER SHEET

Please complete this form and include it when submitting any type of document, letter, pleading, etc. to the U.S. District Court for the Southern District of Illinois for review and filing.

Torres, Glen
Name

M12747
ID Number

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1.  Is this a new civil rights complaint or habeas corpus petition?        (Yes) or (No)

    If this is a habeas case, please circle the related statute:    28 U.S.C.  2241 or 28 U.S.C. 2254

2.  Is this an Amended Complaint or an Amended Habeas Petition?        Yes or (No)

    If yes, please list case number: _____

    If yes, but you do not know the case number mark here:        _____

3.  Should this document be filed in a pending case?        Yes or (No)

    If yes, please list case number: _____

    If yes, but you do not know the case number mark here:        _____

4.  Please list the total number of pages being transmitted:        17

5.  If multiple documents, please identify each document and the number of pages for each document.  For example:  Motion to Proceed In Forma Pauperis, 6 pages;  Complaint, 28 pages.

| Name of Document | Number of Pages |
| --- | --- |
| Complaint for Monetary Damages | 17 |
| | |
| | |

Please note that discovery requests and responses are NOT to be filed, and should be forwarded to the attorney(s) of record.   Discovery materials sent to the Court will be returned unfiled.